878 F.2d 382
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
JO-DAN, LTD., INC., a Michigan corporation, Samuel Dew,
Delgreco Harden, Twan Jerdo, Carmen Y. Joiner, Michelle
Joiner, Robert T. Lee, Diane Jerdo McLemore, Joe E.
McLemore, Sandra McLemore, Alena Sims, Sidney Smith, Alicia
T. Spencer, Quintin Troutman and Timothy Hall, on behalf of
himself and all others similarly situated, jointly and
severally, Plaintiffs-Appellants,
v.
BOARD OF EDUCATION OF the SCHOOL DISTRICT OF the CITY OF
DETROIT (also known as Detroit Public Schools); Metro
Institutional Food Service, (MIFS), Inc., a Michigan
corporation; Steve Asmar, Alonzo W. Bates, Gloria C.
Cobbin, Ferd L. Hall, Arthur Jefferson, and Harold D.
Murdock, individually and/or as agents of their respective
corporate bodies; jointly and severally, Defendants-Appellees.
 Nos. 87-2047, 87-2098.
 United States Court of Appeals, Sixth Circuit.
 June 23, 1989.
 
 Before ENGEL, MERRITT and KRUPANSKY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Plaintiff-appellant Jo-Dan, Ltd. (Jo-Dan) has appealed from the trial court's dismissal on the pleadings of Jo-Dan's 18 U.S.C. Sec. 1962 (civil RICO) and 42 U.S.C. Sec. 1983 claims and its entry of judgment in favor of defendant-appellees the Board of Education of the City of Detroit, Metro Institutional Food Services (MIFS), Steve Asmar (Asmar), Alonzo Bates (Bates), Gloria Cobbin (Cobbin), Ferd L. Hall (Hall), Arthur Jefferson (Jefferson), and Harold D. Murdock (Murdock).
 
 
 2
 Upon review of the appellant's assignments of error, the record in its entirety, the briefs of the parties and the argument of counsel, this court concludes that no reversible error was committed. Accordingly, for the reasons stated in the district judge's memoranda and orders dated June 11, 1987 and October 2, 1987, the decision below is AFFIRMED in its entirety.